UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMOND CHRISTOPHER DAVIS,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | NO. CV 16-6861-JAK (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

The postal service has returned the mail to Petitioner's address of record as undeliverable. (Dkt. Nos. 8-9.) A party proceeding *pro se* is required to keep the court apprised of his or her current address. Local Rule 41-6. Plaintiff has failed to file a notice of change of address, and his address is unknown.

1    IT IS ORDERED that judgment be entered denying the Petition and
2 dismissing this action without prejudice.

4 DATED: January 3, 2017

JOHN A. KRONSTADT
United States District Judge

2