UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMOND CHRISTOPHER DAVIS, ) | NO. CV 16-6861-JAK (AGR) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| THE PEOPLE OF THE STATE OF ) CALIFORNIA, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: January 3, 2017

_____
JOHN A. KRONSTADT
United States District Judge